# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**
APR 09 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

)
**United States of America**  )
vs.  ) Case No. 1:11CR00412 AWI
Victor Torres  )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Victor Torres_____, have discussed with _____Montgomery L. Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the **home detention** component of the Location Monitoring Program is replaced with the **curfew** component of the Location Monitoring Program. The defendant shall remain subject to passive GPS tracking. He is restricted to his residence every day from 9:00 p.m. to 5:00 a.m., unless otherwise approved in advance by the Pretrial Services Officer. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3/26/12      _____  3-26-12
Signature of Defendant      Date       Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                                            4/9/12
Signature of Assistant United States Attorney                      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                            3/28/12
Signature of Defense Counsel                                       Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___4/9/12___.
☐ The above modification of conditions of release is *not* ordered.

_____                                            4/9/12
Signature of Judicial Officer                                      Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services