```
ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
VICTOR TORRES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No.: 1:11-CR-00412-LJO |
| Plaintiff,                   ) | |
| vs.                          ) | DEFENDANT'S NOTICE OF WAIVER |
|                              ) | OF PERSONAL APPEARANCE |
| VICTOR TORRES,               ) | |
| Defendant.                   ) | |

Defendant, VICTOR TORRES, waives his right to be present in open Court upon the hearing of any motion or other proceeding in this case, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented

at all times by the presence of his attorney, Anthony P. Capozzi, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day and hour the Court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18, United States Code, Section 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without Defendant being present.

DATED: December 5, 2011

*/s/*Victor Torres
VICTOR TORRES

Dated: December 5, 2011

*/s/* Anthony P. Capozzi
Anthony P. Capozzi
Attorney for VICTOR TORRES

**ORDER**

IT IS SO ORDERED.

Dated:  **October 1, 2012**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE