# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
AUG 15 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

|  |  |
|---|---|
| United States of America )<br>vs. )<br>Victor Manuel Torres ) | Case No. 1:11-CR-00412-LJO-SKO-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Victor Manuel Torres___, have discussed with ___Dan Stark___, Pretrial Services Officer, modifications of my release conditions as follows:

To vacate the location monitoring/curfew component condition of release.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8/8/13        _____  08/08/2013
Signature of Defendant  Date          Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                 8/15/2013
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Anthony P Capozzi_                   8/14/13
Signature of Defense Counsel          Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on _August 15, 2013_
[ ] The above modification of conditions of release is not ordered.

_____                 8/15/13
Signature of Judicial Officer          Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services