ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
VICTOR MANUEL TORRES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>VICTOR MANUEL TORRES,<br><br>              Defendant. | Case No.: 1:11-CR-00412 LJO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Date: October 21, 2013<br>Time:  8:30 a.m.<br>Hon. Lawrence J. O'Neill |

Defendant, VICTOR MANUEL TORRES, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Laurel J. Montoya, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 21, 2013, at 8:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **November 25, 2013, at 8:30 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

a. The Defendant pled guilty on May 7, 2013. Additional investigation is needed prior to sentencing the defendant.

b. This continuance is needed in order to allow the defendant and the Probation Office to update the Presentence Report based upon this investigation.

c. The parties request that Informal Objections be filed on October 29, 2013, and Formal Objections be filed on November 12, 2013.

d. The Government does not object to the continuances requested herein.

Respectfully submitted,

DATED: October 17, 2013   /s/Laurel J. Montoya
                          LAUREL J. MONTOYA
                          Attorney for United States

DATED: October 17, 2013   /s/Anthony P. Capozzi
                          ANTHONY P. CAPOZZI
                          Attorney for Defendant
                          VICTOR MANUEL TORRES

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for October 21, 2013, at 8:30 a.m. is continued to **November 25, 2013, at 8:30 a.m.** and the Informal Objections be filed on October 29, 2013, and Formal Objections be filed on November 12, 2013
States District Judge

IT IS SO ORDERED.

Dated:  **October 17, 2013**                    **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE