```
ANTHONY P. CAPOZZI, CSBN: 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com
www.capozzilawoffices.com
```

Attorney for Defendant,
VICTOR MANUEL TORRES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00412 LJO |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| VICTOR MANUEL TORRES, | |
| Defendant. | Date: May 19, 2014<br>Time:  8:30 a.m.<br>Hon. Lawrence J. O'Neill |

Defendant, VICTOR MANUEL TORRES, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Laurel J. Montoya, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on May 19, 2014, at 8:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **October 6, 2014, at 8:30 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

a. The Defendant pled guilty on May 7, 2013. Ongoing negotiations have been taking place between the Government and the Defendant. Additional information is needed prior to sentencing which may be completed by October 6, 2014.

b. The parties request that Informal Objections be filed on September 8, 2014, and Formal Objections be filed on September 22, 2014.

c. The Government does not object to the continuances requested herein.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: May 15, 2014      */s/Laurel J. Montoya*
                          LAUREL J. MONTOYA
                          Attorney for United States


DATED: May 15, 2014      */s/Anthony P. Capozzi*
                          ANTHONY P. CAPOZZI
                          Attorney for Defendant
                          VICTOR MANUEL TORRES

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**T**he sentencing currently scheduled for May 19, 2014, at 8:30 a.m. is continued to **October 6, 2014, at 8:30 a.m.** and the Informal Objections be filed on September 8, 2014, and Formal Objections be filed on September 22, 2014.

IT IS SO ORDERED.

Dated:  **May 15, 2014**                    **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE