**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
VICTOR MANUEL TORRES

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MANUEL TORRES,<br><br>Defendant. | Case No.: 1:11-CR-00412-LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: **October 6, 2014**<br>Time: **8:30 a.m.**<br>Courtroom: **4**<br>**Hon. Lawrence J. O'Neill** |

Defendant, VICTOR MANUEL TORRES, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Laurel J. Montoya, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 6, 2014, at 8:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **January 26, 2015, at 8:30 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

   a. The Defendant pled guilty on May 7, 2013. Ongoing negotiations have been taking place between the Government and the Defendant. Additional information is needed prior to sentencing which may be completed by January 26, 2015.

b. The parties request that Informal Objections be filed on December 29, 2014, and Formal Objections be filed on January 12, 2015.

c. The Government does not object to this continuance.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:   October 2, 2014      By:   */s/ Laurel J. Montoya*
LAUREL J. MONTOYA
United States Attorney

DATED:   October 2, 2014      By:   */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant VICTOR MANUEL TORRES

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for October 6, 2014, at 8:30 a.m. is continued to **January 26, 2015, at 8:30 a.m.** and the Informal Objections be filed on December 29, 2014, and Formal Objections be filed on January 12, 2015.

**IT IS SO ORDERED**.

DATED:   October 2, 2014      By:   /s/ Lawrence J. O'Neill
HON. LAWRENCE J. O'NEILL