**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
VICTOR MANUEL TORRES

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00412-LJO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| VICTOR MANUEL TORRES, | Date: **January 26, 2015** |
| Defendant. | Time: **8:30 a.m.** |
| | Courtroom: **4** |
| | **Hon. Lawrence J. O'Neill** |

Defendant, VICTOR MANUEL TORRES, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Laurel J. Montoya, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 26, 2015, at 8:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **March 30, 2015, at 8:30 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

a. The Defendant pled guilty on May 7, 2013. Ongoing negotiations have been taking place between the Government and the Defendant. Additional information is needed prior to sentencing which may be completed by March 30, 2015.

b. The parties request that Informal Objections be filed on March 9, 2015, and

Formal Objections be filed on March 23, 2015.

c. The Government does not object to this continuance.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:    January 13, 2015        By:   */s/ Laurel J. Montoya*
LAUREL J. MONTOYA
United States Attorney

DATED:    January 13, 2015        By:   */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant VICTOR MANUEL
TORRES

## ORDER

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for January 26, 2015, at 8:30 a.m. is continued to **March 30, 2015, at 8:30 a.m.** and the Informal Objections be filed on March 9, 2015, and Formal Objections be filed on March 23, 2015.

IT IS SO ORDERED.

Dated:   **January 13, 2015**              **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CASE NO.: 1:11-CR-00412-LJO