**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
VICTOR MANUEL TORRES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>VICTOR MANUEL TORRES,<br><br>           Defendant. | Case No.: 1:11-CR-00412-LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: **March 30, 2015**<br>Time: **8:30 a.m.**<br>Courtroom: **4**<br>**Hon. Lawrence J. O'Neill** |

Defendant, VICTOR MANUEL TORRES, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Laurel J. Montoya, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 30, 2015, at 8:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **June 15, 2015, at 8:30 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

   a. The Defendant pled guilty on May 7, 2013. Ongoing negotiations have been taking place between the Government and the Defendant. Additional information is needed prior to sentencing which may be completed by June 15, 2015.

b. The parties request that Informal Objections be filed on May 26, 2015, and Formal Objections be filed on June 8, 2015.

c. The Government does not object to this continuance.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: March 26, 2015     By:  */s/ Laurel J. Montoya*
                                LAUREL J. MONTOYA
                                United States Attorney


DATED: March 26, 2015     By:  */s/Anthony P. Capozzi*
                                ANTHONY P. CAPOZZI
                                Attorney for Defendant VICTOR MANUEL TORRES

### **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

The sentencing currently scheduled for March 30, 2015, at 8:30 a.m. is continued to **June 15, 2015, at 8:30 a.m.** and the Informal Objections be filed on May 26, 2015, and Formal Objections be filed on June 8, 2015.

IT IS SO ORDERED.

Dated:  **March 26, 2015**            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE