**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
VICTOR MANUEL TORRES

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00412-LJO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| VICTOR MANUEL TORRES, | Date: **July 20, 2015** |
| Defendant. | Time: **8:30 a.m.** |
| | Courtroom: **4** |
| | **Hon. Lawrence J. O'Neill** |

Defendant, VICTOR MANUEL TORRES, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Laurel J. Montoya, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 20, 2015, at 8:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **September 28, 2015, at 8:30 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

    a. The Defendant pled guilty on May 7, 2013. Ongoing negotiations have been taking place between the Government and the Defendant. Additional information is needed prior to sentencing which may be completed by September 28, 2015.

    b. The information that has yet to be received relates to the status of an alleged

prior conviction that the defense believes could affect the guideline calculation.

Attempts to secure the documents from Nevada have been ongoing since the date the matter was last before the court.

  b. The Government does not object to this continuance.

IT IS SO STIPULATED.

         Respectfully submitted,

DATED: July 16, 2015  By: */s/ Laurel J. Montoya*
            LAUREL J. MONTOYA
            United States Attorney

DATED: July 16, 2015  By: */s/Anthony P. Capozzi*
            ANTHONY P. CAPOZZI
            Attorney for Defendant VICTOR MANUEL TORRES

### **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

The sentencing currently scheduled for July 20, 2015, at 8:30 a.m. is continued to **September 28, 2015, at 8:30 a.m.**

IT IS SO ORDERED.

Dated: **July 16, 2015**      /s/ Lawrence J. O'Neill
                 UNITED STATES DISTRICT JUDGE