**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
VICTOR MANUEL TORRES

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00412-LJO |
| Plaintiff, | |
| v. | **REQUEST TO TRAVEL TO MEXICO** |
| VICTOR MANUEL TORRES, | |
| Defendant. | |

Defendant, VICTOR MANUEL TORRES, by an through his attorney of record, Anthony P. Capozzi, hereby requests to travel from Calexico, California to Mexicali, Mexico to visit family the weekend of July 24, 2015, through July 26, 2015.  This request is based upon the Declaration of Anthony P. Capozzi.

### DECLARATION OF ANTHONY P. CAPOZZI

I, ANTHONY P. CAPOZZI, DECLARE:

1. I am the attorney of record for Victor M. Torres.

2. Mr. Torres pled guilty on May 7, 2013.  Ongoing negotiations have been taking place between the Government and Defendant.  Additional information is needed prior to sentencing.

3. The information that has yet to be received relates to the status of an alleged prior conviction that the defense believes could affect Mr. Torres' sentencing.  Attempts to

receive this information from Nevada have been ongoing since the beginning of June.

  4. Mr. Torres requested and was granted permission by Pretrial Services to travel to Calexico, California for employment during the week of July 19, 2015.

  5. Mr. Torres wishes to go to Mexicali, Mexico and visit his brother-in-law and nieces for the weekend of July 24, 2015, through July 26, 2015.

  6. The government does not object to Mr. Torres' traveling to Calexico for employment, but requests that he visit with his family in the United States and not in Mexico.

  7. The family visit cannot take place in Calexico, as Mr. Torres' brother-in-law and nieces do not have papers to cross the border into the United States.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 23, 2015  By: */s/Anthony P. Capozzi*
          ANTHONY P. CAPOZZI
         Attorney for Defendant VICTOR MANUEL TORRES

## **ORDER**

There is an enormous difference to travel internationally for business purposes versus personal reasons while one is pending felony sentencing.  DENIED.

IT IS SO ORDERED.

 Dated: **July 23, 2015**      **/s/ Lawrence J. O'Neill**
              UNITED STATES DISTRICT JUDGE