1

2

**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

3

4

5

6

ATTORNEY FOR Defendant,
VICTOR MANUEL TORRES

7

8

9   **UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

10   * * * * * *

11   UNITED STATES OF AMERICA,

Case No.: 1:11-CR-00412-LJO

12            Plaintiff,

**STIPULATION AND ORDER TO**
**CONTINUE SENTENCING**

13       v.

14   VICTOR MANUEL TORRES,

Date: **September 28, 2015**
Time: **8:30 a.m.**
Courtroom: **4**
**Hon. Lawrence J. O'Neill**

15            Defendant.

16

17       Defendant, VICTOR MANUEL TORRES, by and through his attorney of record,

18   Anthony P. Capozzi and the United States Attorney by and through Laurel J. Montoya, hereby

19   stipulate as follows:

20       1. By previous order, this matter was set for sentencing on September 28, 2015, at 8:30

21   a.m.

22       2. The parties agree and stipulate that Defendant requests this court to continue the

23   sentencing until **November 16, 2015, at 8:30 a.m.**

24       3. Additionally, the parties agree and stipulate, and request that the Court find the

25   following:

26           a.  The Defendant pled guilty on May 7, 2013. Ongoing negotiations have been

27   taking place between the Government and the Defendant.  Additional information is

28   needed prior to sentencing which may be completed by November 16, 2015.

1    b.  At issue is the Defendant's Criminal History Category II.  The Defendant

2    was convicted in Las Vegas, Nevada on March 19, 2002, on a misdemeanor possession

3    of drugs not for sale.  The Defendant was fined $310.  Defense counsel has determined

4    that the case was closed, not dismissed.

5    c.  The court file is presently being located to determine if a transcript exists.

6    An attorney is being contacted in Clark County, Nevada to pursue a dismissal of the

7    case which would eliminate one Criminal History point.

8    d.  The Defendant was convicted on October 9, 2003, for Driving Under the

9    Influence in Kings County, California.  The Defendant was not represented by an

10    attorney in the proceeding.  (Exhibit A)

11    e.  The court file is presently being located to determine if a transcript exists.

12    f.  If this conviction is dismissed, one Criminal History point would be

13    eliminated.

14    g. The Government does not object to this continuance.

15    IT IS SO STIPULATED.

16    Respectfully submitted,

17    DATED:    September 24, 2015    By:  */s/ Laurel J. Montoya*
18    LAUREL J. MONTOYA
     United States Attorney

19

20

21    DATED:    September 24, 2015    By:  */s/Anthony P. Capozzi*
22    ANTHONY P. CAPOZZI
     Attorney for Defendant VICTOR MANUEL
23    TORRES

24

25

26

27

28

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause. **The** sentencing currently scheduled for July 20, 2015, at 8:30 a.m. is continued to **November 16, 2015, at 8:30 a.m.**   No further continuances.

IT IS SO ORDERED.

Dated:     **September 24, 2015**                    **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE