**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
VICTOR MANUEL TORRES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR MANUEL TORRES,<br><br>　　　　Defendant. | Case No.: 1:11-CR-00412-LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: **November 16, 2015**<br>Time: **8:30 a.m.**<br>Courtroom: **4**<br>**Hon. Lawrence J. O'Neill** |

　　Defendant, VICTOR MANUEL TORRES, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Laurel J. Montoya, hereby stipulate as follows:

　　1. By previous order, this matter was set for sentencing on November 16, 2015, at 8:30 a.m.

　　2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **January 25, 2016, at 8:30 a.m.**

　　3. Additionally, the parties agree and stipulate, and request that the Court find the following:

　　　　a.　　The Defendant pled guilty on May 7, 2013. Ongoing negotiations have been taking place between the Government and the Defendant.  Additional information is needed prior to sentencing which may be completed by January 25, 2016.

b. At issue is the Defendant's Criminal History Category II. The Defendant was convicted in Las Vegas, Nevada on March 19, 2002, on a misdemeanor possession of drugs not for sale (personal use). The Defendant was fined $310 and completed a drug class. Defense counsel has determined that the case was closed, not dismissed.

c. An attorney has been contacted in Clark County, Nevada to pursue a dismissal of the case which would eliminate one Criminal History point.

d. The Defendant was convicted on October 9, 2003, for Driving Under the Influence in Kings County, California. The Defendant was not represented by an attorney in the proceeding. (Exhibit A)

e. This office has been advised that neither a transcript nor a recording exist in the Kings County case.

f. This office is presently filing a writ to have this conviction set aside.

g. The removal of either of these convictions would make the Defendant eligible for the safety valve which would have a substantial effect on his sentence.

h. The Government does not object to this continuance.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: November 10, 2015   By: */s/ Laurel J. Montoya*
LAUREL J. MONTOYA
United States Attorney


DATED: November 10, 2015   By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant VICTOR MANUEL TORRES

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for November 16, 2015, at 8:30 a.m. is continued to **January 25, 2016, at 8:30 a.m.**

**IT IS SO ORDERED**
**Dated: November 12, 2015**

　　　　　　　　　　　　　　　　　　　　/s/ **Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　**United States District Judge**