**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
VICTOR MANUEL TORRES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VICTOR MANUEL TORRES,<br><br>    Defendant. | Case No.: 1:11-CR-00412-LJO<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER** |

**TO THE ABOVE ENTITLED COURT AND THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Defendant, Victor Torres, by and through his attorney Anthony P. Capozzi, hereby requests that the Ex parte Request for Appointment on Ancillary Matters be filed under seal.

This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court.  Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

The conditions and terms of release set out confidential and sensitive information that is subject to the Defendant's privacy rights.

Accordingly, it is requested that the Ex parte Request for Appointment on Ancillary Matters be Sealed.

                                  Respectfully submitted,

Dated:       December 1, 2015       By:  */s/Anthony P. Capozzi*
                                                    ANTHONY P. CAPOZZI
                                                    Attorney for VICTOR MANUEL TORRES

## **ORDER**

For reasons set forth above, the defendants request to have the Ex parte Request for Appointment on Ancillary Matters be filed Under Seal is granted in part and denied in part. The ATTACHMENT to the Declaration of Counsel Capozzi is the only thing that is to be SEALED.  The other portions don't state a basis to overcome the presumptive right to allow the public to inspect judicial records.

IT IS SO ORDERED.

Dated:   **December 2, 2015**               /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE