**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
VICTOR MANUEL TORRES

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00412-LJO-SKO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXONERATE BOND** |
| VICTOR MANUEL TORRES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, United States of America, and Defendant, Victor Manuel Torres, by and through his attorney of record, Anthony P. Capozzi, that the following property bond posted as collateral in the above referenced matter be exonerated.

1. Marcos Arambula and Angelica Arambula, Deed No. 2011-0154473, Docket # 25, filed November 16, 2011.

Respectfully submitted,

DATED:    February 23, 2016    By:  */s/Laurel J. Montoya*
                                    LAUREL J. MONTOYA
                                    Assistant United States Attorney

DATED:     February 23, 2016     By:   */s/Anthony P. Capozzi*
                                                         ANTHONY P. CAPOZZI
                                                         Attorney for Defendant VICTOR MANUEL TORRES

## **ORDER**

It is hereby ORDERED that the property bond posted in the above-entitled matter be exonerated and reconveyed to the party who posted it.

IT IS SO ORDERED.

Dated:   **February 24, 2016**          **/s/ Lawrence J. O'Neill**
                                                                                   UNITED STATES DISTRICT JUDGE